IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JEREMY STEIDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATLAS OILFIELD CONSTRUCTION COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:12-CV-146-C |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Voluntary Dismissal filed December 12, 2013,

IT IS ORDERED that this cause is **DISMISSED**.

Dated December 13, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE